STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Alain Omar Cabrera-Madrigal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAIN OMAR CABRERA-MADRIGAL,<br><br>Defendant. | No. CR 13-00454 EMC<br><br>**STIPULATION CONTINUING SENTENCING HEARING; [PR~~OP~~OSED] ORDER**<br><br>Current Date:  December 4, 2013<br>Proposed Date:  December 18, 2013<br>Time/Place:  2:30 p.m.; Courtroom 5 |

Due to the unavailability of the Court, the parties request that the sentencing hearing in this case be continued from December 4, 2013, until **December 18, 2013, at 2:30 p.m.**, before this Court.

**BACKGROUND INFORMATION**

On September 18, 2013, Mr. Cabrera-Madrigal appeared before this Court and entered a plea of guilty on Count 1 of the Superseding Information. At that appearance, the sentencing was set for December 4, 2013, at 2:30 p.m.

Subsequently, the Court became unavailable on December 4, 2013, and counsel for both parties and the probation officer, Sara Rizor Black, were contacted by the Court's deputy with new dates. Counsel and Ms. Black are available on December 18, 2013, at 2:30 p.m. Therefore, counsel request that the Court continue the sentencing hearing in this matter until December 18, 2013, at 2:30 p.m., and stipulate to same.

Stip. Continuing Sent. Hearing; [Prop.] Order, *Cabrera-Madrigal*, CR 13-00454 EMC

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | STEVEN G. KALAR<br>Federal Public Defender |
|   | /s |
| Dated: November 21, 2013 | BRANDON M. LeBLANC<br>Assistant Federal Public Defender |

IT IS SO STIPULATED.

|   |   |
|---|---|
|   | MELINDA HAAG<br>United States Attorney |
|   | /s |
| Dated: November 21, 2013 | S. WAQAR HASIB<br>Assistant United States Attorney |

### [PROPOSED] ORDER

For the reasons stated above, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing for Defendant Alain Omar Cabrera-Madrigal is continued from December 4, 2013, until December 18, 2013, at 2:30 p.m., before the undersigned.

IT IS SO ORDERED.

Dated: Nov. 22, 2013

EDWARD M. CHEN
United States District Judge

**GRANTED**
Judge Edward M. Chen